IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| GOODY MATHIS, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 108-056 |
| | ) | |
| BRUCE CHATMAN, Warden, and | ) | |
| ATTORNEY GENERAL, for the State of | ) | |
| Georgia, | ) | |
| | ) | |
| Respondents. | ) | |

---

**ORDER**

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Petitioner's motion to proceed *in forma pauperis* is deemed **MOOT**, this case is **DISMISSED** without prejudice, and this civil action is **CLOSED**.

SO ORDERED this ___ day of July, 2008.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE